■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BONESSA DANIELS, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on July 6, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Rosenberger, JJ.